No. 04–879. STEFANI *v.* GONZALES, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 04–880. VILLASANA *v.* WILHOIT ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–886. UNITED STATES EX REL. TINGLEY ET AL. *v.* 900 MONROE L. L. C. ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–891. COTTER *v.* CITY OF PORTLAND, OREGON. Ct. App. Ore. Certiorari denied.

No. 04–893. DARDAR *v.* POTTER, POSTMASTER GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–895. EDENS *v.* KENNEDY. C. A. 4th Cir. Certiorari denied.

No. 04–904. TITTERINGTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–909. SCHWARTZ *v.* ISAAC. Ct. Sp. App. Md. Certiorari denied.

No. 04–915. IVORY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–925. STURDY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–956. BRANCH ET AL. *v.* NIX ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–958. LANGE *v.* DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 04–959. HARBUCK *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–961. MCMILLAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.